Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KEVIN FAICAN, on behalf of himself and all others similarly situated,**<br><br>Plaintiff(s),<br><br>-against-<br><br>**GC SERVICES LIMITED PARTNERSHIP and JOHN DOES 1-25,**<br><br>Defendant(s). | Civil Case: 2:19-cv-20892-JMV-JAD<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendant, in the above captioned matter, **with prejudice** and dismiss the claims on behalf of the putative class without prejudice.

*s/ Ben A. Kaplan*
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff
Dated: February 11, 2020

*s/ Monica M. Littman*
Monica M. Littman, Esq.
KAUFMAN DOLOWICH VOLUCK
100 N. 18th Street, Suite 701
Philadelphia, PA 19103
Phone: (215) 501-7002
mlittman@kdvlaw.com
Attorneys for Defendant
Dated: February 11, 2020

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 2/11/2020